IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LORETTA PERSON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:04cv668-A |
| | ) | WO |
| | ) | |
| LMR INTERNATIONAL, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On April 8, 2005, this court entered an Order giving all parties until April 14, 2005, to show cause why this case ought not be stayed as to Custom Services International, Inc. and proceed against all other Defendants, the court having been advised that Custom Services International, Inc. ("CSI") has filed for Bankruptcy Protection under Chapter 11 of the United States Bankruptcy Code.

The only parties to respond to this Order are the Plaintiffs. They do not argue that the case ought not be stayed as to only one Defendant, but contend that this court should not stay the case as to CSI until it has ruled on the ERISA preemption issues pending before the court. To rule on issues regarding CSI would violate the automatic stay, however. The determination the Plaintiffs seek as to the applicability of the bankruptcy case to an ERISA claim is one which is perhaps more appropriately raised in a request of the bankruptcy court to lift the automatic stay.

Accordingly, at this point in the proceedings, it is hereby ORDERED as follows:

1. That this case is STAYED as to CSI; and

2.  That any motion to lift the stay in this court must be filed by a party within 30 days after the bankruptcy court has taken such action that entitles that party to seek a lift of the stay.

The clerk of the court is DIRECTED to mail a copy of this order to the bankruptcy court.

DONE this 26th day of April, 2005.

         /s/ W. Harold Albritton
         W. HAROLD ALBRITTON
         SENIOR UNITED STATES DISTRICT JUDGE